# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JORDAN RAY NECONISH, ) <br> ) <br> Plaintiff, ) <br> ) <br> -vs- )     Case No. CIV-23-352-F <br> ) <br> SEMINOLE COUNTY JAIL, ) <br> SEMINOLE COUNTY SHERIFF'S ) <br> DEPARTMENT, DEPUTY MIKE ) <br> LNU, ) <br> ) <br> Defendants. ) | |

## ORDER

On June 1, 2023, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation (Report), recommending this 42 U.S.C. § 1983 case be dismissed without prejudice under Rule 41(b), Fed. R. Civ. P. The reason for the recommended ruling is the failure of plaintiff, Jordan Ray Neconish, to follow the court's orders—specifically, the failure to timely pay the statutorily required initial partial payment.

Magistrate Judge Mitchell advised plaintiff of the right to file an objection to the Report on or before June 22, 2023, and further advised plaintiff that failure to make a timely objection to the Report waives the right to appellate review of both factual and legal questions therein addressed.

To date, plaintiff has neither filed an objection nor sought an extension of time to file an objection. With no objection filed, the court accepts, adopts, and affirms the Report in its entirety.

Accordingly, United States Magistrate Judge Suzanne Mitchell's Report (doc. no. 6) is **ACCEPTED**, **ADOPTED**, and **AFFIRMED**.  This 42 U.S.C. § 1983 case filed by plaintiff, Jordan Ray Neconish, is **DISMISSED WITHOUT PREJUDICE** under Rule 41(b), Fed. R. Civ. P.  A judgment shall be issued separately.

DATED this 10th day of July, 2023.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

23-0352p001.docx